JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED VAN LINES, LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. EDCV 09-1835-VAP (DTBx)<br><br>**ORDER DISMISSING ACTION UPON STIPULATION OF THE PARTIES** |

Having reviewed the parties' Stipulation to Dismiss the above-captioned matter, the Court grants the parties' request.

The action herein shall be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

Dated: <u>December 1, 2009</u>　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　United States District Judge